IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY GRIFFIN, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 15-1623 |
| | : | |
| v. | : | |
| | : | |
| ROBERT GILMORE, et al., | : | |
| | : | |
| Respondent. | : | |

**ORDER**

**AND NOW**, this 9th day of April, 2015, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The petition for writ of *habeas corpus* under 28 U.S.C. § 2254 (Doc. No. 1) is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania;

2. The clerk of court shall transmit the original record to the United States District Court for the Western District of Pennsylvania;

3. There is no basis for the issuance of a certificate of appealability; and

4. The clerk of court shall **CLOSE** the case for statistical purposes.

BY THE COURT:

/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.